| | |
|---|---|
| HAEGGQUIST & ECK, LLP<br>ALREEN HAEGGQUIST (221858)<br>  alreenh@haelaw.com<br>AARON OLSEN (259923)<br>  aarono@haelaw.com<br>ANNA C. SCHWARTZ (346268)<br>  annas@haelaw.com<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>Telephone: (619) 342-8000<br>Facsimile: (619) 342-7878<br><br>Attorneys for Plaintiff Nicholas Hazleton | MITCHELL SILBERBERG &<br>KNUPP LLP<br>KEVIN E. GAUT (SBN 117352)<br>keg@msk.com<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 312-2000<br>Facsimile: (619) 312-3100<br><br>Attorneys for Defendants Valnet Inc. and Valnet US Inc. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HAZLETON, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALNET INC., a Canadian Corporation; VALNET US INC., a Delaware Corporation,<br><br>　　　　Defendants. | Case No.: 3:24-cv-02298-RBM-AHG<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>*(Judge Ruth Bermudez Montenegro & Magistrate Judge Allison H. Goddard)*<br><br><br>Complaint Filed: December 10, 2024<br>Trial Date: Not set. |

Pursuant to the *Civil Pretrial Procedures of Magistrate Judge Allison H. Goddard*, Plaintiff Nicholas Hazleton ("Plaintiff") and Defendants Valnet Inc. and Valnet US Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby submit this Notice of Conditional Settlement per the following:

WHEREAS, on December 10, 2024, Plaintiff filed his Complaint for Compensatory and Punitive Damages against Defendants in the United States District Court for the Southern District of California (Dkt. 1);

WHEREAS, on April 9, 2025, the Parties participated in an Early Neutral Evaluation Conference with the Honorable Allison H. Goddard, during which a settlement was unable to be reached (Dkt. 9);

WHEREAS, settlement negotiations continued and on May 6, 2025, an agreement in principle for settlement was reached by the Parties, and the Parties are in the process of drafting a Settlement Agreement;

WHEREAS, the Parties anticipate the Settlement Agreement to be finalized and executed on or before May 16, 2025, the terms and conditions of which will not be satisfied until about August 20, 2025;

WHEREAS, the Parties expect that this action will be resolved through a stipulated dismissal no later than September 1, 2025;

THEREFORE, the Parties request the following:

(1) the case be stayed until September 1, 2025;

(2) all current matters be taken off calendar, including the May 14, 2025 Status Conference; and

(3) the Court set a Settlement Disposition Conference for September 1, 2025, to be taken off calendar if the case is dismissed prior thereto.

///

///

Respectfully submitted,

Dated: May 9, 2025

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
ANNA C. SCHWARTZ (346268)

By: */s/ Aaron M. Olsen*
AARON M. OLSEN

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff Nicholas Hazelton

Dated: May 9, 2025

MITCHELL SILBERGERG & KNUPP LLP
KEVIN E. GAUT

By: */s/ Kevin E. Gaut*
KEVIN E. GAUT

2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Valnet Inc. and Valnet USA Inc.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 9, 2025

s/*Aaron M. Olsen*
AARON M. OLSEN

|   |   |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on October May 9, 2025, I authorized the electronic filing |
| 3 | of the foregoing with the Clerk of the Court using the CM/ECF system which will |
| 4 | send notification of such filing to the e-mail addresses denoted on the Electronic Mail |
| 5 | Notice List. |
| 6 | I certify under penalty of perjury under the laws of the United States of America |
| 7 | that the foregoing is true and correct.  Executed on May 9, 2025. |
| 8 |   |
| 9 | <div align="right">s/<i>Aaron M. Olsen</i><br>AARON M. OLSEN</div> |