HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
ANNA C. SCHWARTZ (346268)
  annas@haelaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff Nicholas Hazleton

MITCHELL SILBERBERG & KNUPP LLP
KEVIN E. GAUT (117352)
  keg@msk.com
2049 Century Park E., 18th Fl.
Los Angeles, CA  90067
Telephone: (310) 312-3179
Facsimile: (619) 312-3100

Attorneys for Defendants Valnet Inc. and Valnet US Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HAZLETON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>VALNET INC., a Canadian Corporation; VALNET US INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:24-cv-02298-RBM-AHG<br><br>JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>Judge: Hon. Ruth Bermudez Montenegro<br>Courtroom: 5B (5th Floor)<br><br>Complaint Filed: December 10, 2024<br>Trial Date:  Not set. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's *Civil Chambers Rules*, §10, Plaintiff Nicholas Hazleton ("Plaintiff") and Defendants Valnet Inc. and Valnet US Inc.("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby submit this Joint Motion to Dismiss Action with Prejudice per the following:

WHEREAS, on December 12, 2024, Plaintiff filed his Complaint for Compensatory and Punitive Damages against Defendants in the United States District Court, Southern District of California (Dkt. No. 1);

WHEREAS, on May 9, 2025, the Parties filed a Notice of Conditional Settlement (Dkt. No. 13);

WHEREAS, on May 12, 2025, the Court stayed the case and set a Settlement Disposition Conference ("SDC") for September 4, 2025, before the Honorable Allison H. Goddard (Dkt. No. 14);

WHEREAS, on May 15, 2025, the Parties fully executed a Confidential Settlement Agreement and General Release ("Settlement Agreement");

WHEREAS, on August 15, 2025, the conditions of the Settlement Agreement have been satisfied for the case to be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

THEREFORE, pursuant to the Settlement Agreement, the Parties respectfully request the Court vacate the SDC and enter an order dismissing this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to bear their own fees and costs.

///
///
///
///
///

Respectfully Submitted,

Dated: August 18, 2025

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
ANNA C. SCHWARTZ (346268)

By:  */s/ Aaron M. Olsen*
　　　　AARON M. OLSEN

225 Broadway, Suite 2050
San Diego, CA  92101
Telephone: (619) 342-8000

Attorneys for Plaintiff Nicholas Hazleton

Dated: August 18, 2025

MITCHELL SILBERBERG & KNUPP LLP
KEVIN E. GAUT (117352)

By:  */s/* Kevin E. Gaut
　　　　KEVIN E. GAUT

2049 Century Park E., 18th Fl.
Los Angeles, CA  90067
Telephone: (310) 312-3179

Attorneys for Defendants Valnet Inc. and Valnet US Inc.

## FILER ATTESTION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: August 18, 2025　　　　　　　　　　　　　　*/s/ Aaron M. Olsen*
　　　　　　　　　　　　　　　　　　　　　　　　　AARON M. OLSEN

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 18, 2025.

*/s/ Aaron M. Olsen*
AARON M. OLSEN