# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HAZLETON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VALNET INC., a Canadian Corporation; et al.,<br><br>Defendants. | Case No.: 3:24-cv-02298-RBM-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[Doc. 15]** |

On August 18, 2025, Plaintiff Nicholas Hazleton ("Plaintiff") and Defendants Valnet Inc. and Valnet US Inc. ("Defendants") (collectively, the "Parties") filed a Joint Motion to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Motion"). (Doc. 15.) In their Joint Motion, the Parties explain that they fully executed a Confidential Settlement Agreement and satisfied the conditions thereof. (*Id.* at 2.) The Parties therefore "request the Court vacate the SDC and enter an order dismissing this matter with prejudice pursuant to [Rule] 41(a)(1)(A)(ii)." (*Id.*) "The Parties agree to bear their own fees and costs." (*Id.*)

Accordingly, the Parties' Joint Motion (Doc. 15) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii). Each party shall

1 | bear its own fees and costs.

2 | **IT IS SO ORDERED**.

3 | DATE:  August 20, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE